ANNA M. CARNEY, Appellant, *v.* RICHELL REALTY CORPORATION, Respondent.

(Argued May 18, 1931; decided June 9, 1931.)

*Joseph Danziger* for appellant.

*Eugene Untermyer, Charles S. Guggenheimer* and *Abraham Shamos* for respondent.

Judgment modified by striking therefrom the findings of fact and conclusions of law on the ground that their incorporation in the judgment is improper, and as modified affirmed, with costs to the respondent; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.